| | |
|---|---|
| 1 | ROBERT W. FREEMAN |
| | Nevada Bar No. 3062 |
| 2 | Robert.Freeman@lewisbrisbois.com |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3 | 6385 S. Rainbow Boulevard, Suite 600 |
| | Las Vegas, Nevada 89118 |
| 4 | 702.893.3383 |
| | FAX: 702.893.3789 |
| 5 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| AARON DAWAYNE ZIMMERMAN, | CASE NO. 2:18-cv-783-JAD-PAL |
| Plaintiff, | **DEFENDANTS' STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| DENISE AGUILAR, in her individual capacity; DAVID P. WELLS, in his individual capacity, | |
| Defendants. | |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants to file their response to Plaintiffs' Complaint, said response being due on May 23, 2018, be extended until June 22, 2018.

**Reason for Extension**

Because of the complexity of the claims made in Plaintiffs' Complaint, Defendants need additional time to perform an investigation prior to filing a responsive pleading. This stipulation

…

…

…

…

…

…

4812-4269-6806.1

is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendant City of North Las Vegas' response to Plaintiffs' Complaint.

Dated this 23rd day of May, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 23rd day of May, 2018.

GALLIAN WELKER & BECKSTROM, LC

/s/ Travis N. Barrick
Travis N. Barrick, Esq.
Nevada Bar No. 9257
540 East St. Louis Avenue
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated this 24th day of May, 2018.

_____
U.S. MAGISTRATE JUDGE