ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| AARON DAWAYNE ZIMMERMAN,<br><br>Plaintiff,<br><br>vs.<br><br>DENISE AGUILAR, in her individual capacity; DAVID P. WELLS, in his individual capacity,<br><br>Defendants. | CASE NO. 2:18-cv-783-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 38 |

IT IS HEREBY STIPULATED and AGREED between Defendants Denise Aguilar and David P. Wells, by and through their attorneys, Robert W. Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiff Aaron Dawayne Zimmerman, by and through their counsel, Travis Barrick, Esq, of GALLIAN WELKER & BECKSTROM, LC, that all of

…

…

…

…

…

…

…

…

…

4823-2342-6496.1

Plaintiff's claims and causes of action against Defendants in the above-entitled action shall be dismissed by settlement agreement between the parties, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 9th day of July, 2020.                          DATED this 9th day of July, 2020.

GALLIAN WELKER & BECKSTROM, LC            LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ Travis N. Barrick                                              /s/ Robert W. Freeman
TRAVIS N. BARRICK                                             ROBERT W. FREEMAN, JR.
Nevada Bar No. 9257                                            Nevada Bar No. 3062
540 E. St. Louis Avenue                                        6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89104                                     Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                                          *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 38]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 9, 2020